UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* PHI-NGA JEANNIE LE,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>HBO2WORKS, LLC, HBO2WORKS HOUSTON, LLC, HBO2WORKS SAN ANTONIO, LLC, CROSS HYPERBARIC OF TEXAS, P.L.L.C., STANLEY THAW, MICHAEL KINCAID and PHYLOGIC HEALTHCARE, LLC,<br><br>    *Defendants*. | Civil Action No.<br>3-09-CV-2482-K |

**NOTICE OF PARTIAL DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff and relator Phi-Nga Jeannie Le, M.D., voluntarily dismisses the following five defendants from this action:

    HBO2Works, LLC
    HBO2Works Houston, LLC
    HBO2Works San Antonio, LLC
    Cross Hyperbaric of Texas, P.L.L.C.
    Phylogic Healthcare, LLC

Assistant United States Attorney Scott Hogan has authorized undersigned counsel to state

that the United States does not object to these defendants being dismissed from the

...
...
...
...

action.  The dismissal is without prejudice and without costs as to any party.

Respectfully submitted,

Mitchell R. Kreindler
Texas Bar No. 24033518
Melissa Neiman
Texas Bar No. 24056028
KREINDLER & ASSOCIATES
9219 Katy Freeway, Suite 206
Houston, Texas 77024-1415
T 713.647.8888
F 713.647.8889
mkreindler@blowthewhistle.com
mneiman@blowthewhistle.com

Bill E. Davidoff
Texas Bar No. 00790565
FIGARI & DAVENPORT
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
T 214.939.2072
F 214.939.2090
bill.davidoff@figdav.com

## **CERTIFICATE OF SERVICE**

I certify that on June 6, 2014, Relator's Notice of Partial Dismissal was filed electronically and service accomplished automatically through the Notice of Electronic Filing issued by the Court's Electronic Case Filing (ECF) System on counsel for the United States.

_____
Mitchell R. Kreindler