IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *EX REL.* PHI-NGA JEANNIE LE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:09-cv-02482-P |
| | § | |
| STANLEY THAW and | § | |
| MICHAEL KINCAID, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

After consideration of Relator Le's motion for partial summary judgment, the lack of opposition thereto, and Relators motion for judgment, it is hereby **ORDERED** this 8th day of Sept. 2015:

1. Relator's motion is **GRANTED**;

2. judgment is **ENTERED** against defendants Thaw and Kincaid, jointly and severally, in favor of Relator Le and the United States in the amount of $2,106,838.92;

3. judgment is **ENTERED** against defendants Thaw and Kincaid, jointly and severally, in favor of Relator Le for reasonable attorneys' fees, expenses and costs incurred on behalf of Relator Le; and

4. Relator Le shall submit within 30 days her application for attorneys' fees, expenses and costs.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE